**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 06-7508**

———————————

MARTY L. WILLIAMS,

                                  Plaintiff - Appellant,

         versus

S. P. HUNT, Program Coordinator; MCINTEER,
Captain of Security,

                                  Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (2:06-cv-00337-RAJ)

———————————

Submitted:  October 31, 2006          Decided: November 8, 2006

———————————

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Marty L. Williams, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Marty L. Williams appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Williams v. Hunt</u>, No. 2:06-cv-00337-RAJ (E.D. Va. Aug. 22, 2006). We deny Williams' motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>